UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMERICAN AIRLINES, INC., a corporation,

          Plaintiff,

-vs-                                Case No.  2:10-cv-467-FtM-29SPC

IN CHARGE MARKETING, INC., a Florida
Corporation, PETER SOTOLONGO, also known as
PEDRO SOTOLONGO, RIGOBERTO
SOTOLONGO, PETER NAGY, JR., DANIEL
MARSHALL,

          Defendants.
_____

**ORDER**

      This matter comes before the Court on the Plaintiff American Airlines, Inc.'s Motion for Clerk's Default against the Defendants Peter Sotolongo and Rigoberto Sotolongo (Doc. #12) filed on October 12, 2010.  Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

      The Defendant Peter Sotolongo was properly served on September 8, 2010.  His Answer and/or responsive pleading was due on September 29, 2010.  The Defendant Rigoberto Sotolongo was properly served on August 17, 2010.  His Answer and/or responsive pleading was due on September 7, 2010.  To date neither Defendant has filed an Answer or responsive pleading to the Complaint.  Therefore, a clerk's default is justified.

      Accordingly, it is now

      **ORDERED:**

The Plaintiff American Airlines, Inc.'s Motion for Clerk's Default against the Defendants Peter Sotolongo and Rigoberto Sotolongo (Doc. #12) is **GRANTED**. The Clerk of the Court is directed to issue a Clerk's Default against the Defendant Peter Sotolongo and the Defendant Rigoberto Sotolongo.

**DONE AND ORDERED** at Fort Myers, Florida, this   18th   day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record