UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMERICAN AIRLINES, INC., a corporation,

          Plaintiff,

-vs-                                            Case No. 2:10-cv-467-FtM-29SPC

IN CHARGE MARKETING, INC., a Florida
Corporation, PETER SOTOLONGO, also known as
PEDRO SOTOLONGO, RIGOBERTO
SOTOLONGO, PETER NAGY, JR., DANIEL
MARSHALL,

          Defendants.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on Plaintiff's Motion for Default Judgment as to Liability Only Against In Charge Marketing, Inc. (Doc. #27) filed on May 12, 2011. Plaintiff moves for the entry of default judgment against Corporate Defendant In Charge Marketing, Inc., on the grounds that Defendant has failed to obtain counsel as directed by this Court. By Order dated April 14, 2011 (Doc. #24), this Court allowed Defendant until May 2, 2011 to obtain counsel, explaining that a corporation is required to appear and be heard only through counsel. The Court informed Defendant that failure to obtain counsel by May 2, 2011 could result in default judgment being entered against it.

      Since counsel has failed to appear on behalf of Defendant In Charge Marketing by the court-imposed deadline, the Court finds that Defendant has failed to comply with this Court's Order and therefore the entry of default judgment is recommended.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

Plaintiff's Motion for Default Judgment as to Liability Only Against In Charge Marketing, Inc. (Doc. #27) be **GRANTED**. The Clerk of Court is directed to provide a copy of this Report and Recommendation to Defendant In Charge Marketing, Inc's last known address.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** at Fort Myers, Florida, this ___20th___ day of May, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record