```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

AMERICAN AIRLINES, INC., a corporation,

          Plaintiff,

vs.                            Case No. 2:10-cv-467-FtM-29SPC

IN CHARGE MARKETING, INC., a Florida Corporation, PETER SOTOLONGO, also known as PEDRO SOTOLONGO, RIGOBERTO SOTOLONGO, PETER NAGY, JR., DANIEL MARSHALL,

          Defendants.

_____

## **ORDER**

This matter comes before the Court on plaintiff's Motion for Default Judgment as to Liability Only Against In Charge Marketing, Inc. and Peter Nagy, Jr. (Doc. #36) filed on June 23, 2011. No responses have been filed and the time to respond has expired. The Court finds that an evidentiary hearing is not required in this case.

On March 21, 2011, the Court entered an Order (Doc. #16) granting in part a default judgment against Peter Sotolongo and Rigoberto Sotolongo as to Counts I and II. Judgment (Doc. #22) was subsequently entered as to these defendants, and Daniel Marshall was voluntarily dismissed without prejudice (Doc. #31). On June 15, 2011, the Court entered an Opinion and Order (Doc. #32) granting a default against the two remaining parties, In Charge Marketing, Inc. and Peter Nagy, Jr., for failure to appear or

otherwise participate in litigation.  On June 17, 2011, a Clerk's Entry of Default (Docs. ## 33-34) was entered as to both defendants.

Plaintiff now seeks a default judgment against In Charge Marketing, Inc. and Peter Nagy, Jr. as to liability only.  The Court previously determined that the allegations in the Complaint were sufficient to support the entry of a default judgment as to the Sotolongo defendants, and the Court assessed $4,000,000.00 in damages against defendants, jointly and severally.  The Complaint alleges that In Charge Marketing, Inc. created websites used in connection with the travel scams perpetrated by defendants Peter Sotolongo, Rigoberto Sotolongo, and Daniel Marshall against plaintiff. (Doc. #1, ¶ 25.)  Therefore, the motion as to liability will be granted as to In Charge Marketing, Inc., with no determination of any damages.  The Complaint does not mention Peter Nagy, Jr.'s role, and therefore the allegations are insufficient as to Peter Nagy, Jr. for purposes of establishing liability against this defendant.[1]  The motion will be denied as to Peter Nagy, Jr.

Accordingly, it is now

**ORDERED**:

---

[1] The Answer (Doc. #9), which was stricken upon the entry of default, provides that Peter Nagy, Jr. is the CEO of In Charge Marketing, Inc., however, this allegation is not stated in the Complaint.  In Charge Marketing, Inc. was served with process by service on the Peter Nagy, Jr. as registered agent.  (Doc. #6.)

1.  Plaintiff's Motion for Default Judgment as to Liability Only Against In Charge Marketing, Inc. and Peter Nagy, Jr. (Doc. #36) is **GRANTED IN PART AND DENIED IN PART**.  The Court finds that liability on behalf of In Charge Marketing, Inc. is established under the allegations of the Complaint.  The motion is denied as to Peter Nagy, Jr.

2.  Defendant Peter Nagy, Jr. is dismissed without prejudice for failure to state a claim for relief in the Complaint.  The Clerk shall enter judgment accordingly and terminate this defendant on the docket.

3.  The Clerk shall withhold the entry of judgment as to In Charge Marketing, Inc. pending trial on damages pursuant to the Case Management and Scheduling Order (Doc. #26) setting trial during the March 2012 trial term.

4.  The Clerk shall provide a copy of this Order to Peter Nagy, Jr.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of July, 2011.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record
Peter Nagy, Jr.