## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION


AMERICAN AIRLINES, INC., a
corporation

       Plaintiff,

V.                                                                    Case No:  2:10-CV-467-FtM-29SPC


IN CHARGE MARKETING, INC.,
a Florida Corporation,
PETER SOTOLONGO,
also known as PEDRO SOTOLONGO,
RIGOBERTO SOTOLONGO,
PETER NAGY, JR., DANIEL MARSHALL,

       Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion for Writ of Garnishment to Jessica R. Mayer, P.A., d/b/a The Mayer Law Firm (Doc. #68) filed on April 5, 2012. Enforcement of a judgment shall be through writ of execution unless the court directs otherwise; the court may order other remedies that accord with the procedure of the state where the court is located. Fed. R. Civ. P. 69(a)(1)(2011).  Florida law provides for the remedy of garnishment pursuant to Fla. Stat. § 77.01 *et. seq.*; under the applicable Florida statutes, notice is provided to a defendant after service of the Writ of Garnishment.

On April 5, 2011, the Court entered a Final Default Judgment (Doc. # 22) in this case against the Defendants Peter Sotolongo and Rigoberto Sotolongo, jointly and severally, in the amount of $4,000,000. To date nothing has been paid on the Judgment, therefore, the Plaintiff moves the Court for a Writ of Garnishment to collect on the Judgment upon Jessica R. Mayer, P.A., d/b/a The Mayer Law Firm, who may have intangible personal property of Peter Sotolongo in its possession, custody, or control.

Given that Final Judgment has been entered against the Defendant Peter Sotolongo, the Court finds good cause to grant the Motion for Writ of Garnishment.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Writ of Garnishment to Jessica R. Mayer, P.A., d/b/a The Mayer Law Firm (Doc. #68) is **GRANTED**.

The Clerk of the Court is hereby directed to issue the Writ of Garnishment attached to the instant Motion (Doc. #68-1) for the amount of **$4,000,000**.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th Day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

2

3