IN THE UNITED STATES DISTRICT COURT,
FOR THE MIDDLE DISTRICT OF FLORIDA
(FT. MYERS DIVISION)

CASE NO.: 2:10-cv-00467-JES-SPC

AMERICAN AIRLINES, INC. )
a corporation, )
 )
    Plaintiff, )
 )
v. )
 )
IN CHARGE MARKETING, INC. a )
Florida corporation, PETER )
SOTOLONGO a/k/a PEDRO )
SOTOLONGO, RIGOBERTO )
SOTOLONGO, PETER NAGY, JR. )
And DANIEL MARSHALL, )
 )
    Defendants, )
_____)

FILED
2012 APR 30  AM 11: 35
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

## ANSWER OF GARNISHEE

Garnishee, DOROUGH, CALZADA, & SOTO, LLP, answers the writ of garnishment dated April 17, 2012 and alleges:

1. Garnishee was not indebted to Defendants IN CHARGE MARKETING, INC., PETER SOTOLONGO, RIGOBERTO SOTOLONGO, PETER NAGY, JR., or DANIEL MARSHALL at the time of the answer and was not indebted to Defendants at the time of service of the writ or at anytime between such times.

2. Garnishee had in garnishee's possession **NO** property of Defendants IN CHARGE MARKETING, INC., PETER SOTOLONGO, RIGOBERTO SOTOLONGO, PETER NAGY, JR., or DANIEL MARSHALL at the time of the service of this answer, at the time of the service of the writ, and at any times between such times.

3. Garnishee does not know of any other person indebted to Defendants IN CHARGE MARKETING, INC., PETER SOTOLONGO, RIGOBERTO SOTOLONGO, PETER NAGY, JR., or DANIEL MARSHALL or who may have any of Defendant's property in his possession or control.

4. Garnishee incurred reasonable expenses in answering said writ and demands payment of the fee deposited with the Clerk.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to HUMBERTO OCARIZ, ESQ., at Shook, Hardy, & Bacon, LLP, 201 South Biscayne Blvd., Suite 3200, Miami, Florida 33131 by U.S. First Class Mail on April 27, 2012.

**DOROUGH, CALZADA, & SOTO, LLP**

419 North Magnolia Avenue
Orlando, Florida 32801
Tel. : (407) 843-2222
Fax : (407) 648-5050
By: _____
RICARDO CALZADA, II
Florida Bar No. 0551619